No. 73–6436.   HUGHES v. CARSON, SHERIFF.   C. A. 5th Cir.   Certiorari denied.

No. 73–6437.   NELSON v. NORTH CAROLINA.   Gen. Ct. Justice, Super. Ct. Div., Wake County.   Certiorari denied.

No. 73–6438.   COLLINS v. MARYLAND.   Ct. Spec. App. Md.   Certiorari denied.

No. 73–6441.   DEAVERS v. VAN NESS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 73–6442.   DANIELS v. McCARTHY, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 73–6444.   BRADLEY v. ESTELLE, CORRECTIONS DIRECTOR.   Ct. Crim. App. Tex.   Certiorari denied.

No. 73–6448   STARKEY v. WYRICK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 73–6455.   GAINEY v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 73–6465.   GUAJARDO v. ESTELLE, CORRECTIONS DIRECTOR, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 73–6473.   BENNETT v. UTAH.   Sup. Ct. Utah. Certiorari denied.

No. 73–793.   CHALKER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–824.   BECKER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.